# EXHIBIT 1

THE STATE OF TEXAS
COUNTY OF WILSON                                    81ST DISTRICT COURT

# CITATION
# BY CERTIFIED MAIL

**SERVICE COPY**

## CVW2300413

TO: AGCO CORPORATION
    REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYER'S INCORPORATING SERVICE COMPANY
    211 E 7TH ST. SUITE 620
    AUSTIN TX 78701-3136

**NOTICE TO DEFENDANT:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AND ATTORNEY, IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF (20) TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at texaslaswhelp.org

GREETINGS: You are hereby commended to appear by filing a written answer to the **PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before 10 o'clock a.m. of the Monday next after the expiration of (20) twenty days after the date of service of this citation before the 81ST DISTRICT COURT, Wilson County, Texas at the Courthouse in the City of Floresville, Texas. Said petition was filed in said Court on 7/19/2023, in this cause numbered CVW2300413.

BRANDON BAUER VS. AGCO CORPORATION

ATTORNEY FOR PLAINTIFF:

PAUL TORRES
408 DWYER AVENUE
SAN ANTONIO TX 78204

The nature of this demand is fully shown by a true and correct copy of the **PLAINTIFFS ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Floresville, Texas this 20th day of July, 2023.

*DEBORAH BRYAN*, DISTRICT CLERK
1105 Railroad Street
PO Box 812
Floresville, Texas 78114

By: *Kauandra [signature]*
Deputy Clerk

---

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the 19th day of JULY 2023 at 11:36 AM and executed the 20th day of JULY, 2023 by mailing the same to AGCO CORPORATION REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYER'S INCORPORATING SERVICE COMPANY, 211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701-3136 by certified mail, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.
Certified Mail #: 9589071052700158973918

By: *Kauandra [signature]*
Deputy Clerk

Article Number:

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

NO. CVW2300413

| | | |
|---|---|---|
| BRANDON BAUER | § | IN THE DISTRICT COURT |
| *Plaintiff(s)* | § | |
| | § | Wilson County - 81st District Court |
| V. | § | ___ JUDICIAL DISTRICT |
| | § | |
| AGCO CORPORATION | § | |
| *Defendant* | § | WILSON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now BRANDON BAUER, Plaintiff in this cause of action, complaining of AGCO CORPORATION, referred to as Defendant or "AGCO" herein, and respectfully shows the court as follows:

I.

### DISCOVERY PLAN-LEVEL I

Plaintiffs intend for discovery to be conducted at Level I. Plaintiff is seeking monetary relief of $50,000.00 or less.

II.

### PARTIES

Plaintiffs reside in Floresville, Wilson County, Texas, and is a consumer as that term is defined at Chapter 17 of the Texas Business and Commerce Code.

Defendant, AGCO CORPORATION, is a corporation doing business under the laws of the State of Texas and Bexar County, Texas, and may be served **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**, through its Registered Agent for Service, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYER'S INCORPORATING SERVICE COMPANY, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3136 USA.

Case 5:23-cv-00993   Document 1-1   Filed 08/11/23   Page 4 of 19

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

III.

## VENUE

Venue is proper in Wilson County, Texas, because said county is the county where all or a substantial part of the events or omissions giving rise to Plaintiff's cause of action arose [Section 15.002(a)(1), Civil Practice and Remedies Code]. Similarly, a suit against a manufacturer for breach of warranty may be brought in the Plaintiff's county of residence.

IV.

## NOTICE

Plaintiff has provided Defendant with notice, as required by Section 17.505, Texas Business and Commerce Code, and has complied with all conditions precedent to the filing of this suit and to the recovery of damages and attorney's fees. Said notice letter is dated October 21, 2022, forwarded to Defendant's corporate addressed and sent certified mail RRR 7022-2410-0000-6439-2767, received by Defendant on 11-1-2022. Plaintiff maintains verification of the same on file with original signatures.

V.

## FACTUAL ALLEGATIONS

On or about June 9, 202,1 Plaintiff sought and acquired goods and services from Defendant and entered into a contract with Defendant for the purchase of a New Massey Ferguson 5711D Trailer, Tractor Serial Number AG3M946XOLU134091, Loader Serial Number AG3M946XOLU134091, with a purchase price of $80,152.48. As part of the transaction, Plaintiff was provided an express written manufacturer's warranty agreement in consideration. Plaintiff purchased the RV in question based on Defendant's express representations that defects in material and workmanship, if any, would be properly diagnosed and repaired pursuant to the manufacturer's warranty. You further represent your tractors to deliver "ultimate practicality and dependability."

In spite of these representations and warranties, and though Plaintiff has repeatedly

complained to Defendant and allowed authorized dealers multiple attempts at rectifying the numerous concerns, the unit has not been properly repaired to date, has spent significant amount of time in the shop, and continues to display manufacturing related defects. Equally relevant, numerous issues that have been presented for repairs have not been done in a good and workmanlike manner, continue to exist and continue to plague the unit, resulting in the stated claims herein for breach of warranty and damages, due to the diminished value, loss of use and/or costs of repair. Plaintiff contends that the manufacturer has breached its warranty and that the warranty has failed its essential purpose.

As evidenced by the documented warranty history, these problems include, but are not necessarily limited to the following and attached hereto in part as Plaintiff's Exhibit "A";

- TRANSMISSION PROBLEMS-WILL NOT ALWAYS SHIFT INTO GEAR AND WON'T MOVE AT TIMES; GEAR INDICATOR WILL INDICATE CORRECT GEAR, YET WILL REMAIN STAGNANT;
- PROBLEMS WITH THE AC DRAINING INSIDE THE CAB;
- PROBLEMS WITH THE TRANSMISSION SHIFTING INTO WRONG GEAR- SHIFTS SEVERAL GEARS UP OR DOWN INCORRECTLY;
- DASH LIGHTS ILLUMINATE

Plaintiff fully asserts that the unit remains in need of repairs and that the issues contained and complained herein continue to persist, plaguing the tractor and resulting in damages. Plaintiff pleads that the discovery of such breach is recent, wherein the attempted repairs have failed and numerous defects persist.

## VI.

### VIOLATIONS OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT AND BREACH OF EXPRESS AND IMPLIED WARRANTIES

Defendant's acts as described above amount to false, misleading, and deceptive acts and

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

practices in the conduct of trade and commerce, and are violative of Section 17.46 (b), (5), (7), (12), (20), and (24), and Section17.50 (a) (1), (2), and (3), Texas Business and Commerce Code, all of which have been the producing cause of Plaintiff's damages. Plaintiff further asserts claims for breach of express and implied warranties for the continued defects.

## VII.

## DAMAGES

Plaintiff's damages are within the jurisdictional limits of this court and consist of the following:

(1) Economic loss for the diminished value and costs of repair of the unit by reason of its defects, which amount, Plaintiff asserts is $20,000.00;

(2) Economic loss for Plaintiff's loss of use of the unit each and every time Plaintiff sought to have warranty work performed of $20,000.00;

(3) Attorney's fees of $10,000.00.

## VIII.

## REQUEST FOR DISCLOSURE

Pursuant to Texas Rules of Civil Procedure 194, Defendant is requested to disclose the information or materials described in Rule 194.2

## X.

## ATTORNEY'S FEES

Plaintiff had to engage the services of the undersigned attorneys to protect his rights, and, as such, is entitled to recover reasonable and necessary attorney's fees for the preparation and for the trial of this case, as well as for appeal, if such becomes necessary.

## XI.

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that upon final hearing, Plaintiff have and recover against Defendant those damages stated above, reasonable and necessary attorney's fees, costs of court, prejudgment and post-judgment interest, and all other relief to which Plaintiff may show himself to be justly entitled.

RESPECTFULLY SUBMITTED,

TORRES LAW FIRM

BY: PAUL A. TORRES
408 DWYER AVENUE
HISTORIC TEAGARDEN HOUSE
SAN ANTONIO, TX 78204
210/737-2672 (TELEPHONE)
210/737-9358 (TELECOPY)
TEXAS BAR NO. 24025683
paul@torreslawpc.com

<u>ATTORNEY FOR PLAINTIFF,</u>
**BRANDON BAUER**

5

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

# EXHIBIT "A"

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

To: **Brandon Bauer**
1052 CR 137
Floresville, TX 78114

Phone Number: 210-232-1129
Email: bauerenergyservices@gmail.com

**DIETZ TRACTOR COMPANY**
547 IH 10 E.
Seguin, TX 78155
Phone (830) 401-0000
dietztractor@yahoo.com

Date: 06/09/2021

| UNITS | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | New Massey Ferguson 5711D Tractor Deluxe Cab 14.9R24 18.4R34 946X Loader 83" Euro Bucket Rear Weights Cab Heat Dyna 4 Tractor SN# AGCMDS30VLB280060 Loader SN# AG3M946X0LU134091 | Cash $80000 HST 152.48 $80,152.48 |

Payable upon receipt in Guadalupe County.
No guarantee or warranty other than listed.

Buyer: _[signature]_
Seller: _[signature]_

www.dietztractor.com

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk



**MASSEY FERGUSON**

# DIETZ TRACTOR COMPANY
547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com



**RO: 13348S**
**Warranty Invoice: 16900S**
**Date: 12/07/2021**

**BRANDON BAUER**
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number |
|---|---|---|
| 2020 | MF 5711D | 280060 |

| Stock No | PO | License | Tag | Customer | Telephone |
|---|---|---|---|---|---|
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Type:   NEWTRACTOR    RO Open Date:   11/10/21    Sold:    06/12/21
Meter In:  1

001         PICK-UP/ DELIVERY
            D PICK-UP/ DELIVERY
    L       L LABOR

                                                Subtotal charges this section

002         CODES ON DASH
            D CODES FLASHING ON DASHBOARD
            F CHECKED OUT AND ,REST AND RECALIBRATE T HANDLE AND RECHECKED
              GOOD
    L       L LABOR

                                                Subtotal charges this section

                        THANK YOU FOR YOUR BUSINESS

| TERMS: | DESC | TOTALS |
|---|---|---|
| The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale. I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest. | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| Signature: _____ | TOTAL | |

dietz_servicepg2.template

CUSTOMER REPRINT                                                          page 1 of 1

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk


MASSEY FERGUSON



# DIETZ TRACTOR COMPANY

547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

RO: 13348S
Warranty Invoice: 16900S
Date: 12/07/2021

**BRANDON BAUER**
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number |
|---|---|---|
| | 2020 MF 5711D | 280060 |

| Stock No | PO | License | Tag | Customer | Telephone |
|---|---|---|---|---|---|
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | .Net | Total |
|---|---|---|---|---|---|---|---|

Type:             NEWTRACTOR       RO Open Date:    11/10/21          Sold:              06/12/21
Meter In:         1

001              PICK-UP/ DELIVERY
                 D PICK-UP/ DELIVERY
         L       L LABOR
                                                                       Subtotal charges this section

002              CODES ON DASH
                 D CODES FLASHING ON DASHBOARD
                 F CHECKED OUT AND ,REST AND RECALIBRATE T HANDLE AND RECHECKED
                 GOOD
         L       L LABOR
                                                                       Subtotal charges this section

THANK YOU FOR YOUR BUSINESS

| | DESC | TOTALS |
|---|---|---|
| TERMS: The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale. I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest. | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| Signature: _____ | TOTAL | |

dietz_servicepg2.template                              FILE REPRINT                              page 1 of 1





Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk

**DIETZ TRACTOR COMPANY**
547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

MASSEY FERGUSON

RO: 13348S
Invoice: 16899S
Date: 12/07/2021

BRANDON BAUER
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number |
|---|---|---|
| 2020 | MF 5711D | 280060 |

| Stock No | PO | License | Tag | Customer | Telephone |
|---|---|---|---|---|---|
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Type:          NEWTRACTOR          RO Open Date:    11/10/21          Sold:          06/12/21
Meter In:      1

001          PICK-UP/ DELIVERY
             D PICK-UP/ DELIVERY
        L    L LABOR
                                                              Subtotal charges this section

002          CODES ON DASH
             D CODES FLASHING ON DASHBOARD
             F CHECKED OUT AND ,REST AND RECALIBRATE T HANDLE AND RECHECKED
               GOOD
        L    L LABOR
                                                              Subtotal charges this section

                              THANK YOU FOR YOUR BUSINESS

Tax ID: 32017085229

| TERMS: | DESC | TOTALS |
|---|---|---|
| The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale. I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest. Signature: _____ | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | |

dietz_servicepg2.template          CUSTOMER REPRINT          page 1 of 1



MASSEY FERGUSON

# DIETZ TRACTOR COMPANY

547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk



RO: 12497S
Invoice: 15815S
Date: 06/18/2021

**BRANDON BAUER**
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number |
|---|---|---|
| 2020 | MF 5711D | 280060 |

| Stock No | PO | License | Tag | Customer | Telephone |
|---|---|---|---|---|---|
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|
| Type: | | | NEWTRACTOR  RO Open Date:  06/14/21  Sold:  06/12/21 | | | | |
| | 001 | | SERVICE CALL | | | | |
| | | D | SERVICE CALL | | | | |
| | | L | L LABOR | | | | |
| | | | | | Subtotal charges this section | | |
| | 002 | | WONT START | | | | |
| | | D | WONT START | | | | |
| | | L | L LABOR | | | | |
| | | | | | Subtotal charges this section | | |

THANK YOU FOR YOUR BUSINESS

Tax ID: 32017085229

| | DESC | TOTALS |
|---|---|---|
| TERMS:
The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale.
I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest.

Signature: _____ | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | |

dietz_servicepg2.template        CUSTOMER REPRINT                    page 1 of 1

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk
LS


MASSEY FERGUSON

# DIETZ TRACTOR COMPANY
547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

RO: 12681S
Warranty Invoice: 16355S
Date: 09/08/2021

**BRANDON BAUER**
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | | Serial Number | |
|---|---|---|---|---|
| 2020 MF 5711D | | | 280060 | |
| Stock No | PO | License | Tag | Customer | Telephone |
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Type:      NEWTRACTOR      RO Open Date:   07/13/21      Sold:      06/12/21
Meter In:         1

002            LIGHTS ON DASH
               D LIGHTS /CODES ON DASH
       L       L LABOR                                     Subtotal charges this section

THANK YOU FOR YOUR BUSINESS

| | DESC | TOTALS |
|---|---|---|
| | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | |

**TERMS:**
The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale.
I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest.

Signature: _____

dietz_servicepg2.iamplate                     CUSTOMER REPRINT                          page 1 of 1



**MASSEY FERGUSON**

# DIETZ TRACTOR COMPANY
547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk



RO: 12681S
Warranty Invoice: 16355S
Date: 09/08/2021

BRANDON BAUER
1056 CR 137
FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number |
|---|---|---|
| 2020 | MF 5711D | 280060 |

| Stock No | PO | License | Tag | Customer | Telephone |
|---|---|---|---|---|---|
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Type:     NEWTRACTOR     RO Open Date:   07/13/21          Sold:              06/12/21
Meter In:   1

002         LIGHTS ON DASH
            D LIGHTS /CODES ON DASH
   L        L LABOR

Subtotal charges this section

THANK YOU FOR YOUR BUSINESS

| TERMS: | DESC | TOTALS |
|---|---|---|
| The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale. I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest. | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| Signature: _____ | TOTAL | |

dietz_servicepg2.template

FILE REPRINT

page 1 of 1

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk
LS

MASSEY FERGUSON

**DIETZ TRACTOR COMPANY**
547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

RO: 13749S
Internal Invoice: 17960S
Date: 06/06/2022

**BRANDON BAUER**
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number | | |
|---|---|---|---|---|
| | 2020 MF 5711D | 280060 | | |
| Stock No | PO | License | Tag | Customer | Telephone |
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Type: NEWTRACTOR  RO.Open Date: 02/18/22  Sold: 06/12/21
Meter In: 1

001  SERVICE CALL
     D SERVICE CALL
  L  L LABOR
     O MIL MILEAGE                          102.00           1.50      153.00
                                    Subtotal charges this section      153.00

002  SHIFTING PROBLEM
     D SHIFTING PROBLEM , ON HANDLE SAME AS LAST TIME
     F REPLACE HANDLE WE BROKE BUTTON
  L  L LABOR                               1.25            70.00       87.50
     P 4372052M2 INDUCTIVE                 1.00    56.63   53.24       53.24
     P 4347563M91 GRIP                     1.00    47.58   42.82       42.82
                                    Subtotal charges this section      183.56

003  PICKUP/DELIVERY
     D PICKUP/DELIVERY
  L  L LABOR
                                    Subtotal charges this section

004  LIGHTS
     D CHECK OUT LIGHTS
     F CHECKED OUT LIGHTS PULLED WIRE LOOSE OUT OF HARNESS WHEN WORKED
       ON HAD TO FIX
  L  L LABOR                               1.33            70.00       93.10
     P ACW011710A SWITCH-12V               1.00    17.19   15.47       15.47
     P 4271991M1MF RELAY                   1.00    75.50   67.95       67.95
     P FREIGHT FREIGHT                     1.00    20.00   20.00       20.00
                                    Subtotal charges this section      196.52

005  ROOF
     D ROOF WAS DAMAGED DUE TO TECH LEFT BOLTS OFF SO WHEN DRIVER
       DELIVERED ROOF BLEW OFF AND CRACKED
     F WENT OUT AND REPLACE BROKEN DAMAGED PARTS ON ROOF THAT TECH
       LEFT LOOSE/ NO BOLTS WHEN HE WORKED ON UNIT RELICK/TECH
  L  L LABOR                               2.00            70.00      140.00
     P ACW003760B LATERAL CA               1.00    98.71   88.84       88.84
     P ACW0037620 GASKET                   1.00    54.40   48.96       48.96
     P 4355255M1 SCREW-T40                 6.00     3.85    3.47       20.82
     P ACW003761B LATERAL CA               1.00    98.71   88.84       88.84
                                    Subtotal charges this section      387.46

     M  Shop Supplies                                                   16.03

THANK YOU FOR YOUR BUSINESS

CUSTOMER REPRINT                                          page 1 of 2

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk



# DIETZ TRACTOR COMPANY

547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

**MASSEY FERGUSON**

RO: 13749S
Internal Invoice: 17960S
Date: 06/06/2022

**BRANDON BAUER**
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | | Serial Number | |
|---|---|---|---|---|
| 2020 | MF 5711D | | 280060 | |
| Stock No | PO | License | Tag | Customer | Telephone |
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Allocation control # account # ▮ 153.00
Allocation control # account # ▮ 187.94
Allocation control # account # ▮ 201.17
Allocation control # account # ▮ 394.46

**TERMS:**
The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale.
I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest.

Signature: _____

| DESC | TOTALS |
|---|---|
| LABOR | 320.60 |
| PARTS | 446.94 |
| SUBLET | |
| MISC | 16.03 |
| OTHER | 153.00 |
| SUBTOTAL | 936.57 |
| TAX | |
| TOTAL | 936.57 |

dietz_servicepg2.template

CUSTOMER REPRINT

page 2 of 2



MASSEY FERGUSON

**DIETZ TRACTOR COMPANY**
547 E IH 10
Seguin, TX 78155
Phone: (830) 401-0000
www.dietztractor.com

Filed
7/19/2023 11:36 AM
Deborah Bryan
Wilson County
District Clerk



RO: 12681S
Invoice: 16354S
Date: 09/08/2021

BRANDON BAUER
1056 CR 137

FLORESVILLE, TX 78114

| Year | Make/Model | Serial Number |
|---|---|---|
| | 2020 MF 5711D | 280060 |

| Stock No | PO | License | Tag | Customer | Telephone |
|---|---|---|---|---|---|
| 21272 | | | | 24471 | 210-232-1129 |

| Cond | OpCode | T | Description | Quantity | List | Net | Total |
|---|---|---|---|---|---|---|---|

Type: NEWTRACTOR   RO Open Date: 07/13/21   Sold: 06/12/21
Meter In: 1

001     SERVICE CALL
        D SERVICE CALL
    L   L LABOR
                                                    Subtotal charges this section

002     LIGHTS ON DASH
        D LIGHTS /CODES ON DASH
    L   L LABOR
                                                    Subtotal charges this section

THANK YOU FOR YOUR BUSINESS

Tax ID: 32017085229

| | DESC | TOTALS |
|---|---|---|
| | LABOR | |
| | PARTS | |
| | SUBLET | |
| | MISC | |
| | OTHER | |
| | SUBTOTAL | |
| | TAX | |
| | TOTAL | |

TERMS:
The undersigned affirms the receipt of the items on this invoice, agrees to the terms of sale and if tax exempt, certifies the purchase is for the exclusive use on a farm or ranch in the production of agricultural products for sale or for the exclusive use in the production of timber products for sale.
I understand that if these items are not used exclusively in this manner, I will be liable for the tax, penalty and interest.

Signature: _____

dietz_servicepg2.template     CUSTOMER REPRINT     page 1 of 1

DEBORAH BRYAN
Wilson County District Clerk
1105 Railroad Street
Floresville, Texas 78114





CERTIFIED MAIL®

9589 0710 5270 0158 9739 18

FP US POSTAGE
$009.01
First-Class - IM
ZIP 78114
07/20/2023
036B 0011828450

AGCO CORPORATION
REGISTERED AGENT CORPORATION SERVICE
COMPANY D/B/A CSC-LAWYER'S INCORPORATING
SERVICE COMPANY
211 E 7TH ST. SUITE 620
AUSTIN TX 78701-3136